## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JESSICA MACHELLE ANDERSON            PLAINTIFF

v.            NO. 1:14CV00108 JLH-HDY

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration            DEFENDANT

### ORDER

On December 29, 2014, United States Magistrate Judge H. David Young issued a recommended disposition in which he recommended that the Court affirm the decision of the Commissioner of the Social Security Administration denying benefits to Jessica Machelle Anderson and dismiss Anderson's complaint. No objections have been filed. The recommended disposition is therefore adopted as the disposition of the Court. The decision of the Commissioner of the Social Security Administration denying benefits to Jessica Machelle Anderson is affirmed. Anderson's request for relief is denied and her complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE