IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JESSICA MACHELLE ANDERSON                                              PLAINTIFF

v.                            NO. 1:14CV00108 JLH-HDY

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration denying benefits to Jessica Machelle Anderson is affirmed. Anderson's request for relief is denied and her complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE